AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
|  | )  Case No. 3:25-mj-00036 |
|  | ) |
|  | )  **SEALED** |
| Maykin Melendez Zuniga | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  2/10/2025  in the county of  Multnomah  in the  District of  Oregon , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC § 841(a)(1) and (b)(1)(A) | Possession with intent to distribute controlled substances (Fentanyl) |
| 21 UCS § 846 | Conspiracy to distribute controlled substances |

This criminal complaint is based on these facts:

See attached affidavit of DEA Special Agent Nicholas Kocher.

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

DEA Special Agent Nicholas Kocher
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 3:50 a.m./p.m.

Date: 02/11/2025

*Jolie A. Russo*
*Judge's signature*

City and state: Portland, Oregon

Hon. Jolie A. Russo, United States Magistrate Judge
*Printed name and title*